AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fitzwater, Sidney A. | U.S. District Court, Northern District of Texas | 03/17/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief U.S. District Judge - Active | ☐ Nomination    Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2013 <br> to <br> 12/31/2013 |

**7. Chambers or Office Address**

U.S. Courthouse
1100 Commerce St., Room 1528
Dallas, Texas 75242-1035

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzwater, Sidney A. | 03/17/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | ▓▓▓▓ - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Freedom Forum, Arlington, VA (First Amendment Center, Inc., Nashville, TN) | February 21-23, 2013 | Nashville, TN | Judge moot court competition | Airfare, hotel, transportation, and food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzwater, Sidney A. | 03/17/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzwater, Sidney A. | 03/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Funds-Wash. Mut. Invs. Fund-A | A | Dividend | J | T | | | | | |
| 2. UBS Bank USA Deposit Acct. | A | Interest | K | T | | | | | |
| 3. 3M Corp. Common Stock | A | Dividend | K | T | | | | | |
| 4. J.P. Morgan Chase & Co. Common Stock | A | Dividend | J | T | | | | | |
| 5. Trust # 2 (Nos. 5-13) | C | Int./Div. | M | T | | | | | |
| 6. -UBS Resource Mgmt. Acct (Money Market Portfolio) | | | | | | | | | |
| 7. -Calamos Growth Fund | | | | | Sold | 04/01/13 | K | C | |
| 8. -Lord Abbett Affiliated Fund (See Part VIII) | | | | | Sold | 04/01/13 | K | | |
| 9. -UBS Global Allocation Fund (See Part VIII) | | | | | Sold | 04/01/13 | L | | |
| 10. -Lord Abbett Income Fund-Class A (X) | | | | | Buy | 04/01/13 | L | | |
| 11. -Lord Abbett Intermediate Tax Free Fund-Class A (X) | | | | | Buy | 04/01/13 | L | | |
| 12. -Lord Abbett Short Duration Income Fund-Class A (X) | | | | | Buy | 04/01/13 | K | | |
| 13. -Thornburg Limited Term Municipal Fund-Class A (X) | | | | | Buy | 04/01/13 | K | | |
| 14. Calamos Growth and Income Fund | A | Dividend | J | T | | | | | |
| 15. Lord Abbett Affiliated Fund (See Part VIII) | A | Dividend | | | Sold | 04/01/13 | J | | |
| 16. Lord Abbett Fundamental Equity | B | Dividend | J | T | | | | | |
| 17. MFS Research Bond Fund | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzwater, Sidney A. | 03/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. UBS Global Allocation Fund (See Part VIII) | | None | | | Sold | 04/01/13 | J | | |
| 19. Lord Abbett Income Fund-Class A (X) | A | Dividend | J | T | Buy | 04/01/13 | J | | |
| 20. Lord Abbett Intermediate Tax Free Fund-Class A (X) | A | Dividend | J | T | Buy | 04/01/13 | J | | |
| 21. Lord Abbett Short Duration Income Fund-Class A (X) | A | Dividend | J | T | Buy | 04/01/13 | J | | |
| 22. Thornburg Limited Term Municipal Fund-Class A (X) | A | Dividend | J | T | Buy | 04/01/13 | J | | |
| 23. Lincoln Nat'l Corp. Secure Line | C | Interest | N | T | | | | | |
| 24. IRA #1 (Nos. 24-30) | D | Int./Div. | M | T | | | | | |
| 25. -UBS Bank USA Deposit Account | | | | | | | | | |
| 26. -Royce Premier Fund | | | | | | | | | |
| 27. -Blackrock Strategic Income A | | | | | | | | | |
| 28. -Blackrock Global Allocation Fund Inc. A | | | | | | | | | |
| 29. -First Eagle Global Fund Class A | | | | | | | | | |
| 30. -FT-Franklin Income | | | | | Sold (part) | 11/26/13 | J | A | |
| 31. UBS Bank USA Deposit Acct (aggregate of two accts) | | None | J | T | | | | | |
| 32. Aberdeen Asia-Pacific Income Fund | A | Dividend | J | T | | | | | |
| 33. Ameren Corporation Common Stock | A | Dividend | J | T | | | | | |
| 34. Consolidated Edison, Inc. Common Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzwater, Sidney A. | 03/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Dominion Resources, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 36. Dreyfus Strategic Municipals Inc. (Closed-End Fund) | A | Int./Div. | J | T | | | | | |
| 37. Duke Energy Corp. Common Stock | B | Dividend | K | T | | | | | |
| 38. Entergy Corp. Common Stock | A | Dividend | J | T | | | | | |
| 39. Exelon Corp. Common Stock | B | Dividend | K | T | | | | | |
| 40. ExxonMobil Corp. Common Stock | C | Dividend | M | T | | | | | |
| 41. Firstenergy Corp. Common Stock | A | Dividend | J | T | | | | | |
| 42. NextEra Energy, Inc. Common Stock | B | Dividend | K | T | | | | | |
| 43. Hawaiian Electric Industries Inc. Common Stock | A | Dividend | K | T | | | | | |
| 44. Integrys Energy Group Inc. Common Stock | A | Dividend | J | T | | | | | |
| 45. Express Scripts Holding Co. Common Stock | | None | J | T | | | | | |
| 46. Merck & Co. Inc. Common Stock | A | Dividend | K | T | | | | | |
| 47. Monsanto Co. New Common Stock | A | Dividend | J | T | | | | | |
| 48. Nuveen Dividend Advantage Municipal Fund | A | Int./Div. | J | T | | | | | |
| 49. Nuveen Dividend Advantage Munic. Fd 2 | B | Int./Div. | K | T | | | | | |
| 50. Nuveen Dividend Advantage Municipal Fd 3 | B | Int./Div. | K | T | | | | | |
| 51. Nuveen AMT-Free Municipal Income Fund (X) (See Pt VIII) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzwater, Sidney A. | 03/17/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Nuveen Opportunity Prem. Income Fund (Y) (See Part VIII) | | | | | | | | | |
| 53. Nuveen Municipal Advantage Fund Inc. | A | Int./Div. | J | T | | | | | |
| 54. Nuveen Municipal Value Fund Inc. | B | Int./Div. | K | T | | | | | |
| 55. Nuveen Premium Inc. Mun. Fund Inc. | A | Interest | J | T | | | | | |
| 56. Nuveen Premium Inc. Mun. Fund 2 Inc. | B | Int./Div. | K | T | | | | | |
| 57. Nuveen Premier Munic Opportunity Fund Inc. (Y) (See Part VIII) | | | | | | | | | |
| 58. Nuveen Select Maturities Municipal Fund | A | Interest | K | T | | | | | |
| 59. Pepco Holdings Inc. Common Stock | B | Dividend | K | T | | | | | |
| 60. Pepsico, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 61. Pfizer Inc. Common Stock | A | Dividend | K | T | | | | | |
| 62. Spectra Energy Corp. Common Stock | A | Dividend | J | T | | | | | |
| 63. TECO Energy Inc. Common Stock | A | Dividend | J | T | | | | | |
| 64. Invesco Van Kampen Municipal Opportunity Trust | A | Interest | J | T | | | | | |
| 65. Westar Energy Inc. Common Stock | A | Dividend | J | T | | | | | |
| 66. Xcel Energy Inc. Common Stock | A | Dividend | K | T | | | | | |
| 67. Nuveen Series 519 Tax Exempt Unit Trust | A | Interest | J | T | | | | | |
| 68. Insured Municipals Inc. Trust Unit Ser. 290 (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzwater, Sidney A. | 03/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Nuveen Investment Quality Municipal Fund, Inc. | B | Int./Div. | K | T | | | | | |
| 70. John Hancock Venture Vantage (Annuity) (See Part VIII) | | None | L | T | Distributed (part) | 06/01/13 | K | | |
| 71. TIAA-CREF Savings and Investment Plan (Annuity) | | None | M | T | | | | | |
| 72. TIAA-CREF (IRA) Managed Allocation Fund II R | | None | L | T | Sold (part) | 10/17/13 | J | A | |
| 73. USAA Tax Exempt Long-Term Bond Fund | D | Interest | M | T | | | | | |
| 74. Blackrock Strategic Income A | A | Dividend | J | T | | | | | |
| 75. Emerson Electric Co. Common Stock | A | Dividend | K | T | | | | | |
| 76. Royal Dutch Shell PLC Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzwater, Sidney A. | 03/17/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Item Nos. 8, 9, 15, and 18

No gain is shown in Column D(4) of Item Nos. 8, 9, 15, and 18 because these assets were sold at a loss.

Part VII, Item Nos. 51, 52, and 57

Item No. 51 is new. It was reported in my 2012 Financial Disclosure Report as two items: Item No. 46 and Item No. 51. Item No. 46 was listed as "Nuveen Opportunity Prem. Inc. Fund." Item No. 51 was listed as "Nuveen Premier Municipal Opportunity Fund Inc." (Item Nos. 46 and 51 in my 2012 Financial Disclosure Report are Item Nos. 52 and 57 in my 2013 Financial Disclosure Report.) Effective May 6, 2013, the assets of the Nuveen Premier Municipal Opportunity Fund, Inc. and the Nuveen Premium Income Municipal Opportunity Fund were merged into the assets of Nuveen AMT-Free Municipal Income Fund. Accordingly, in my 2013 Financial Disclosure Report, Item No. 51 reflects the newly-merged fund. The information that would otherwise be reportable in Column B(1) and (2) of Item Nos. 52 and 57 is included in Column B(1) and (2) of Item No. 51. Item Nos. 52 and 57 are no longer separately reportable and will be omitted from my 2014 Financial Disclosure Report.

Part VII, Item No. 70

The distribution disclosed in Item No. 70 is from an annuity that requires a minimum annual distribution. No gain is shown in Column D(4) because there was no gain or loss involved in the transaction.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sidney A. Fitzwater**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544